UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY COMBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-CV-418-KAC-JEM |
| | ) |
| MICHAEL PARRIS, STACEY OAKS, JERRY SPANGLER, and DR. F/N/U CONNOR, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action **with prejudice** under Federal Rule of Civil Procedure 41(b). The Court also **ASSESSED** Plaintiff the $402 filing fee. Because the Court **CERTIFIED** that any appeal would not be taken in good faith and would be totally frivolous, the Court **DENIED** Plaintiff leave to appeal *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Court **DIRECTS** the Clerk to close the case.

    **SO ORDERED**.

                                          s/ Katherine A. Crytzer
                                          KATHERINE A. CRYTZER
                                          United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
CLERK OF COURT